**[J-64-2023]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| LARRY KRASNER, IN HIS OFFICIAL CAPACITY AS THE DISTRICT ATTORNEY OF PHILADELPHIA | : No. 5 EAP 2023 |
| | : |
| | : Appeal from the Order of Commonwealth Court entered on January 5, 2023 at No. 563 M.D. 2022 denying intervenor status. |
| v. | : |
| | : |
| | : SUBMITTED: September 27, 2023 |
| SENATOR KIM WARD, IN HER OFFICIAL CAPACITY AS PRESIDENT PRO TEMPORE OF THE SENATE; REPRESENTATIVE TIMOTHY R. BONNER, IN HIS OFFICIAL CAPACITY AS AN IMPEACHMENT MANAGER; REPRESENTATIVE CRAIG WILLIAMS, IN HIS OFFICIAL CAPACITY AS AN IMPEACHMENT MANAGER; REPRESENTATIVE JARED SOLOMON, IN HIS OFFICIAL CAPACITY AS AN IMPEACHMENT MANAGER; AND JOHN DOES, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE SENATE IMPEACHMENT COMMITTEE | : |
| | : |
| | : |
| APPEAL OF: VAMSIDHAR VURIMINDI, | : |
| | : |
| Possible Intervenor | : |

## ORDER

**PER CURIAM**                                   **DECIDED: August 2, 2024**

**AND NOW,** this 2nd day of August, 2024, the order of the Commonwealth Court is **AFFIRMED.**

Justices Dougherty and McCaffery did not participate in the consideration or decision of this matter.

Justice Brobson did not participate in the decision of this matter.